UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| United States of America, | : |
| Plaintiff, | : |
| v. | : |
| Tracey L. Johnson-Alston, | : COURT NO: 3:01CV00174 (SRU) |
| Defendant, | : |
| and | : |
| Lifetouch Studio Inc. | |
| Payroll Department | : |
| 90 Main St. | |
| Derby, CT06418-1931 | : |
| Garnishee. | : |

FILED

2003 NOV 19 P 12: 26

US DISTRICT COURT
BRIDGEPORT CT

## EX PARTE APPLICATION FOR
## WRIT OF GARNISHMENT ON EARNINGS

The United States of America, plaintiff, makes an application in accordance with 28 U.S.C. § 3205 (b)(1) to the United States District Court to issue a Writ of Garnishment upon the Judgment entered against the Defendant in the above cited action in the amount of $4,707.19 and post-judgment interest at the rate of 3.78%, compounded annually.

Demand was made upon the judgment debtor not less than thirty (30) days prior to the filing of this Application. The underlying nature of this debt is a defaulted student loan. The judgment debtor has failed to make any payment pursuant to said demand. The total balance due as of November 17, 2003 is $5,339.38.

The judgment debtor, Tracey L. Johnson-Alston's, last known address is 9 Shamrock Road, Milford, Connecticut 06460 and the debtor's social security number is 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.

The Garnishee is believed to be an employer of the judgment debtor, or the Garnishee otherwise owes or will owe disposable earnings to the judgment debtor and said property is a substantial non exempt interest of the debtor.

The name and address of the Garnishee or its authorized agent is:

    name: **Lifetouch Studio Inc.**
  address: **Payroll Department**
               **90 Main St.**
               **Derby, CT 06418-1931**
   phone: 203-734-2581

                        Respectfully submitted,

                        KEVIN J. O'CONNOR
                        UNITED STATES ATTORNEY

                        CHRISTINE SCIARRINO
                        ASSISTANT U.S. ATTORNEY
                        UNITED STATES ATTORNEY'S OFFICE
                        P. O. BOX 1824
                        NEW HAVEN, CT  06508
                        (203) 821-3700
                        FED BAR NO. CT 03393