10

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

United States of America,          :

                    Plaintiff,     :

          v.                       :

Tracey L. Johnson-Alston,          :      COURT NO: 3:01CV00174 (SRU)

                    Defendant,     :

               and                 :
Lifetouch Studio Inc.
Payroll Department                 :
90 Main St.
Derby,   CT06418-1931              :

                    Garnishee.     :

FILED

2003 NOV 19  P 12: 26

US DISTRICT COURT
BRIDGEPORT CT

**EX PARTE APPLICATION FOR**
**WRIT OF GARNISHMENT ON EARNINGS**

The United States of America, plaintiff, makes an application in accordance with 28 U.S.C. § 3205 (b)(1) to the United States District Court to issue a Writ of Garnishment upon the Judgment entered against the Defendant in the above cited action in the amount of $4,707.19 and post-judgment interest at the rate of 3.78%, compounded annually.

Demand was made upon the judgment debtor not less than thirty (30) days prior to the filing of this Application.  The underlying nature of this debt is a defaulted student loan.  The judgment debtor has failed to make any payment pursuant to said demand.  The total balance due as of November 17, 2003 is $5,339.38.

The judgment debtor, Tracey L. Johnson-Alston's, last known address is 9 Shamrock Road, Milford, Connecticut 06460 and the debtor's social security number is _____.

**MOTION GRANTED.**

**SO ORDERED.** _____ 12/1/03
Stefan R. Underhill, U.S.D.J.