UNITED STATES DISTRICT COURT FILED
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA,           :        2004 JAN 23  P 1: 31

                    Plaintiff,      :

            v.                      :        US DISTRICT COURT
                                             BRIDGEPORT CT

Tracey L. Johnson-Alston,           :        COURT NO: 3:01CV00174 (SRU)

                    Defendant,      :

            and                     :
Lifetouch Studio Inc.
Payroll Department                  :
90 Main St.
Derby,  CT06418-1931                :

                    Garnishee.      :

### ANSWER OF THE GARNISHEE

I,  __Kelly Kock__  , BEING DULY SWORN DEPOSES AND SAYS:
    (affiant)

   IF GARNISHEE IS AN INDIVIDUAL:

   That he/she is Garnishee herein doing business in the name

of __~~Tracey~~ Tracey L Johnson__ .
   state full name and address of business

   IF GARNISHEE IS A PARTNERSHIP:

   That he/she is a member of the Garnishee's partnership

   IF GARNISHEE IS A CORPORATION:

   That he/she is the _____ of Garnishee, a
                      (state official title)

corporation, organized under the laws of the State of _____

   On            , 2003, Garnishee was served with the Writ of

Garnishment.

For the pay period in effect on the date of service:

Yes     No

✓       ____     1.   Defendant was in my/our employ.

                 2.   Pay period is ____ weekly, ✓ bi-weekly,

                      ____ semi-monthly, ____ monthly.

_1/11/04_             Enter the date present pay period began.

                      (present means the pay period in which this

                      order and notice of garnishment were

                      served)

_1/24/04_             Enter date above pay period ends.

                 3.   Enter amount of net wages.  Calculate below:

                      (a)  Gross Pay                  $ _Varies based_

                      (b)  Federal income tax         $ _on hours_

                      (c)  F.I.C.A income tax         $ _worked._

                      (d)  State income tax           $_____

                      Total of tax withholdings       $_____

                      Net Wages                        $_____*
                      (less total of b,c,d)

   *Please note that pursuant to 28 U.S.C. § 3205, the government
is entitled to garnish up to 25% for the judgment debtor's net
wages.

   The Garnishee has the following objections, defenses or

setoffs to Plaintiff's right to apply Garnishee's indebtedness to

Defendant upon Plaintiff's Claim:_____

_____

2

\*\* Check 1 and/or 2 if applicable\*\*

_____  1.  The Garnishee is in no manner and upon no account indebted or under liability to the defendant, <u>Tracey L. Johnson-Alston,</u> and that the Garnishee does not have in his/her/its possession or control any property belonging to the Defendant, or in which the Garnishee has an interest; and is in no manner liable as Garnishee in this action.

_____  2. The Garnishee hereby requests a hearing regarding this Writ of Garnishment because _____

_____

        The Garnishee mailed a copy of this Answer by first-class mail to the Defendant on ___ 1/20/04 _____ at
                              (date)

_9 Shamrock Rd, Milford, CT 06460_
(state street address, city, state and zip code)

or hand delivered to _____
                              (state actual address of where it was hand
                              delivered)

on _____
        (date)

_Kelly J Kock_
_____
                              (Affiant's signature)

Subscribed and sworn to before me this _19th_ day of _January_ , 2004.

_Becky K Van Hauen_
_____
Notary Public

My Commission expires: _1/31/05_

BECKY K. VAN HAUEN
Notary Public
Minnesota
My Commission Expires Jan. 31, 2005

3